# „UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG

| | |
|---|---|
| JULIE A. SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | )<br>)<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 1:23-CV-55 |
| | ) (KLEEH) |
| v. | ) |
| MSES CONSULTANTS, INC., LAWRENCE RINE, AND MSES CONSULTANTS, INC. EMPLOYEE HEALTH PLAN, | )<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT MOTION TO APPROVE AND ENTER CONSENT JUDGMENT

Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor and Defendants MSES Consultants, Inc., Lawrence Rine, and the MSES Consultants, Inc. Employee Health Plan (the "Plan"),[1] respectfully move this Court to Approve and Enter the Consent Judgment, as agreed to by the parties. In support thereof, the parties state that they have reached an agreement for the purpose of settling the above-referenced matter. The terms of this agreement are set forth in the Consent Judgment attached hereto, which was executed by the Acting Secretary's counsel and by Defendants' counsel.

WHEREFORE, for the reasons set forth above, the parties respectfully request that the Court enter the Consent Judgment attached hereto.

---

[1] The Acting Secretary named the Plan as a party defendant under Rule 19(a) of the Federal Rules of Civil Procedure solely to assure that complete relief can be granted. Dkt. 1, ¶ 5.

1

Respectfully Submitted,

**UNITED STATES DEPARTMENT OF LABOR**

Mailing Address:

U.S. Department of Labor
Office of the Regional Solicitor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968
(215) 861-5136 (voice)
(215) 861-5162 (fax)

Seema Nanda
Solicitor of Labor

Samantha N. Thomas
Regional Solicitor

Usha Rengachary
Counsel for ERISA

*/s/ Alejandro A. Herrera*
Alejandro A. Herrera
Senior Trial Attorney
PA 326897; NY 5235601
herrera.alejandro.a@dol.gov

WILLIAM IHLENFELD
United States Attorney

By: */s/ Stephanie K. Savino*
Stephanie K. Savino
Assistant United States Attorney
WV Bar No. 13684
United States Attorney's Office
P.O. Box 591
Wheeling, WV 26003
Phone: (304) 234-0100
Fax: (304) 234-0112
E-mail: Stephanie.K.Savino@usdoj.gov

*Counsel for Plaintiff*

*/s/ Harry A. Smith, III*
Harry A. Smith, III
Jory & Smith, L.C.
P.O. Box 1909
Elkins, WV 26241
hasmith@jorysmith.com
304-363-3553

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that, on December 4, 2024, I electronically filed the foregoing JOINT MOTION TO APPROVE AND ENTER CONSENT JUDGMENT and the accompanying documents by using the CM/ECF system.

Date: December 4, 2024                     */s/ Stephanie K. Savino*
                                          Stephanie K. Savino
                                          Assistant United States Attorney
                                          WV Bar No. 13684
                                          United States Attorney's Office
                                          P.O. Box 591
                                          Wheeling, WV 26003
                                          Phone: (304) 234-0100
                                          Fax: (304) 234-0112
                                          E-mail:
                                          Stephanie.K.Savino@usdoj.gov